[No. 43110-6-II.   Division Two.   February 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY S. MITUNIEWICZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01530-1, Daniel L. Stahnke, J., entered February 13, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Maxa and Lee, JJ.

[No. 43573-0-II.   Division Two.   February 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LUCAS WOODWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00088-5, Toni A. Sheldon, J., entered June 4, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Maxa and Lee, JJ.

[No. 43708-2-II.   Division Two.   February 11, 2014.]

SUSAN K. BROWN, *Appellant*, v. THE CITY OF TACOMA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-05394-1, Susan Serko, J., entered July 13, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 43738-4-II.   Division Two.   February 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SAM NANG YOU, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00789-8, Vicki L. Hogan, J., entered June 29, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Penoyar and Maxa, JJ.